# GEORGE ARCHIBALD
## 301 JOSEPHINE STREET, APT. 40
## BERRYVILLE, VIRGINIA 22611-1372

TELEPHONE (540) 955-8039
CELL TELEPHONE 540-454-9792
EMAIL: <G_ARCHI@YAHOO.COM>

April 15, 2011

## EMERGENCY FREEDOM OF
## INFORMATION ACT REQUEST

Mr. David M. Hardy, Section Chief
Records/Information Dissemination Section (RIDS)
Federal Bureau of Investigation
170 Marcel Drive
Winchester, VA 22602-4483

Dear Mr. Hardy,

Under the federal Freedom of Information Act, Title 5 United States Code Section 552 et seq, I urgently request production of the following information, records, and documents, on an emergency basis because such production relates directly to the present ongoing threat to national security and law enforcement emergency resulting from the probability that President Barack Hussein Obama improperly, unlawfully, and unconstitutionally holds and occupies the office of President of the United States:

(1) Any and all FBI files on the birth and location of birth of Barack Hussein Obama Jr. (in his name or his childhood name Barry Soetoro);

(2) Barack Hussein Obama Jr.'s immigration to the United States (in his name or that of Barry Soetoro), as an infant, with his mother Stanley Anne Dunham;

(3) Barack Hussein Obama Jr.'s immigration (in his name or that of Barry Soetoro) to Indonesia at age five and his forfeiture of U.S. citizenship in order to become an Indonesian citizen, as required by Indonesian law that did not recognize dual citizenship;

(4) Barack Hussein Obama Jr.'s naturalization to U.S. citizenship (in his name or that of Barry Soetoro) at the time Obama aka Soetoro was an Indonesian citizen;

(5) Barack Hussein Obama Jr.'s trip to Pakistan as a college student (in his name or as Barry Soetoro) when travel by American citizens was banned to Pakistan;

Page Two

EMERGENCY FREEDOM OF INFORMATION ACT REQUEST

Mr. David M. Hardy, Section Chief
Records/Information Dissemination Section (RIDS)
Federal Bureau of Investigation

April 15, 2011

(6) the use by Barack Hussein Obama Jr. (in his name or in his adopted name Barry Soeto) of multiple Social Security cards that were not his own or were fake Social Security cards.

Production of the foregoing documents are not exempt from disclosure by the FBI under the following exemptions of the FOIA, Title 5 USC 552 §§ (b)(1) (A), (b)(2), (b)(3), (b)(4), (b)(5), (b)(6), (b)(7), (b)(9); a (d)(5); (j)(2); (k)(1) (k)(2); (k)(3); (k)(4); (k)(5) ; (k)(6); (k)(7); and/or Title 18 USC § 3056.

This request does not include any records or documents that would be classified as exempt material under 5 USC 552 because said records and/or documents might be "used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence." Any identification of protected names could be prevented by appropriate marker redaction of such names on a document and that document then released as requested herein.

This request does not include any records or information that would have been compiled for law enforcement purposes, which (1) would be exempt from production under the FOIA because such law enforcement records or information could reasonably be expected to interfere with enforcement proceedings; (2) would deprive a person of a right to a fair trial or an impartial adjudication; (3) could be reasonably expected to constitute an unwarranted invasion of personal privacy; (4) could reasonably be expected to disclose the identity of confidential source, including a state, local, or foreign agency or authority; or (5) could reasonably be expected to disclose the identity of confidential source, including any private institution which furnished information on a confidential basis; or (6) in the case of record or information compiled by a criminal law enforcement source that would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or

Page Three

EMERGENCY FREEDOM OF INFORMATION ACT REQUEST

Mr. David M. Hardy, Section Chief
Records/Information Dissemination Section (RIDS)
Federal Bureau of Investigation

April 15, 2011

national security intelligence investigation, information furnished by a confidential
prosecutions if such disclosure could reasonably be expected to risk circumvention of the
law; or (7) that could reasonably be expected to endanger the life or physical safety of
any individual if produced under this request.

   I await your emergency disclosure of the records requested herein within ten
(10) calendar days, as required by law including re-enacted extended Section 212 of
the so-called USA PATRIOT Act.

   Waiver of fees is requested for the FBI's  production of documents under this
request, according to statute, owing to the overwhelming public benefit that will
come from full production and disclosure of the requested information, records, and
documents to this career four-time Pulitzer Prize-nominated investigative national
and world news reporter, whose career record during the past half-century has been
one of beneficial  reportage in the public interest as journalist and book author.

                    Sincerely,

                    George Archibald

ATTACHMENT 2

**Federal Bureau of Investigation**

*Washington, D C  20535*

May 4, 2011

MR. GEORGE ARCHIBALD
APARTMENT 40
301 JOSEPHINE STREET
BERRYVILLE, VA 22611 1372

FOIPA Request No.. 1165733- 000
Subject: OBAMA, BARACK HUSSEIN /
SPECIFIC DOCUMENTS

Dear Mr. Archibald

      This acknowledges receipt of your Freedom of Information/Privacy Act (FOIPA) request to the FBI.
The FOIPA number listed above has been assigned to your request

      You have requested records concerning a third party (or third parties).  Records pertaining to a
third party generally cannot be released absent express authorization and consent of the third party, proof
that the subject of your request is deceased, or a clear demonstration that the public interest in disclosure
outweighs the personal privacy interest and that significant public benefit would result from the disclosure of
the requested records  Proof of death can be a copy of a death certificate, Social Security Death Index,
obituary or another recognized reference source.  Death is presumed if the birth date of the subject is more
than 100 years ago.  Since you have not furnished a Certification of Identity form, proof of death, or public
justification for release, the release of records concerning a third party would result in an unwarranted
invasion of personal privacy and would be in violation of the Privacy Act, Title 5 U.S.C. § 552a  These
records are also generally exempt from disclosure pursuant to the FOIA, Title 5 U.S.C. § 552 exemptions
(b)(6) and (b)(7)(C)

      Enclosed is a Certification of Identity form.  You may make additional copies of this form if you are
requesting information on more than one individual.  The subject of your request should complete this form
and then sign it or prepare a document containing the required descriptive data and have it notarized.  The
original certification of identity, notarized authorization with the descriptive information and a legible, original
signature must be provided to the FBI before an accurate search of our records can be conducted

      If requested, we will conduct a search for any public records maintained in our files, such as court
records and news clippings, without the express authorization of the third party, proof of death, or public
justification for release provided the subject is of sufficient public notoriety.  If public records exist in our files
and you desire to obtain them, please reply with a letter asking for the public documents.  You can fax your
request to (540) 868-4997, or mail to 170 Marcel Drive, Winchester, VA 22602, to the Attn: Work Process
Unit.  If we do not receive a response from you within 30 days from the date of this letter, your request will
be closed.  You must include the FOIPA request number with any communication regarding this matter
This response should not be considered an indication of whether or not records responsive to your request
exist in FBI files

      You may file an appeal by writing to the Director, Office of Information Policy (OIP), U S
Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001. Your
appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered
timely  The envelope and the letter should be clearly marked "Freedom of Information Appeal."  Please
cite the FOIPA Number assigned to your request to facilitate its identification

      Enclosed for your information is a copy of the FBI File Fact Sheet.

Very truly yours,

David M  Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosures

**U.S Department of Justice**

## Certification of Identity



FORM APPROVED OMB NO 1103-0016
EXPIRES 10/31/13

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U S C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U S Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U S C. Section 1001 and/or 5 U S C Section 552a(i)(3)

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503

Full Name of Requester [1] _____

Citizenship Status [2] _____   Social Security Number [3] _____

Current Address _____

Date of Birth _____   Place of Birth _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U S C Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U S C 552a(i)(3) by a fine of not more than $5,000

**Signature [4]** _____   **Date** _____

### OPTIONAL:  Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person

Further, pursuant to 5 U S C Section 552a(b), I authorize the U S Department of Justice to release any and all information relating to me to

_____

### Print or Type Name

[1] Name of individual who is the subject of the record(s) sought

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U S C Section 552a(a)(2) Requests will be processed as Freedom of Information Act requests pursuant to 5 U S C Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence

[3] Providing your social security number is voluntary  You are asked to provide your social security number only to facilitate the identification of records relating to you  Without your social security number, the Department may be unable to locate any or all records pertaining to you

[4] Signature of individual who is the subject of the record sought

FORM DOJ-361

# GEORGE ARCHIBALD
### 301 JOSEPHINE STREET, APT. 40
### BERRYVILLE, VIRGINIA 22611-1372

TELEPHONE (540) 955-8039
CELL TELEPHONE 540-454-9792
EMAIL: <G_ARCHI@YAHOO.COM>

May 11, 2011

## EMERGENCY FREEDOM OF INFORMATION/PRIVACY ACT (FOIPA) REQUEST NO. 1165733-000

Mr. David M. Hardy, Section Chief
Record/Information Dissemination Section (RIDS)
Records Management Division
Federal Bureau of Investigation
170 Marcel Drive
Winchester, VA 22602-4483

Attn: Work Process Unit

Dear Mr. Hardy,

This is to thank you for your acknowledgement response of May 4 to my above-styled Freedom of Information/Privacy Act (FOIPA) Request dated April 15, 2011, for documents in Federal Bureau of Investigation files and archives concerning matters involving the birth, citizenship, residency, immigration, and expatriation/repatriation, and government-regulated political activities and government service of Barack Hussein Obama II, also known as Barry Soetoro, since his birth said to be August 4, 1961, in Honolulu, Hawaii, until the present time as President Barack Hussein Obama II.

You sent me a Certification of Identity (Form DCJ-361), saying that I must send the form for completion and signature by President Obama before you will fulfill and complete my request.

I have sent the form to President Obama for completion, although I believe he has waived his rights under the Privacy Act for release of the requested records by runnig for President and submitting to an FBI background check that I am told by FBI sources has been standard practice for all viable presidential candidates for many years.

My request would certainly include documents from the files of President Obama's prior FBI presidential candidate background check or any other investigation of

>more on Page Two>

Page Two

EMERGENCY FREEDOM OF INFORMATION/PRIVACY
ACT (FOIPA) REQUEST NO. 1165733-000

Mr. David M. Hardy, Section Chief
Records/Information Dissemination Section (RIDS)
Records Management Division
Federal Bureau of Investigation

May 11, 2011

him conducted by the FBI or Department of Justice, and I underscore that fact by
reference here and ask for your acknowledgement of this clarification.

However, I do not believe that you must have from me a completed DCJ Form
361 Certification of Identity permission completed and signed by President Obama prior
to processing of my FOIA request and production of requested documents, and therefore
ask you to complete my request forthwith without further delay that this requirement has
already caused.  Please immediately acknowledge your acceptance of this particular
demurrer and proceed forthwith to fulfill my request on an emergency expedited basis as
stipulated under the Patriot Act.

Parts (1) through (5) of the request are for all FBI files on the birth, location of
birth, residency, immigration to Indonesia and change of citizenship, repatriation to the
United States, travel to Pakistan, and use of multiple Social Security cards by Barack
Hussein Obama Jr. (in his name or his childhood name Barry Soetoro)," which involved
his mother, Stanley Ann Madelyn Dunham, aka (Stanley) Ann Dunham Obama, his
father, Barack Hussein Obama Sr., and his stepfather Lolo Soetoro, who are all deceased
and for whom  Certification of Identity, DCJ Form 361, are not possible and not required.

Waiver of fees was requested in my initial request for the FBI's  production of
documents, according to statute, owing to the overwhelming public benefit that will come
from full production and disclosure of the requested information, records, and documents
to this career four-time Pulitzer Prize-nominated investigative national and world news
reporter, whose career record during the past half-century has been one of beneficial
reportage in the public interest as journalist and book author.

As the fee waiver request was not denied in your May 4 response, I conclude that
this request is affirmed.  Thank you.

Sincerely,

George Archibald

**GEORGE ARCHIBALD**
JOHNSON WILLIAMS APARTMENT NO. 40
301 JOSEPHINE STREET
BERRYVILLE, VIRGINIA 22611-1372

TELEPHONE: 540-955-8039
EMAIL: <G_ARCHI@YAHOO.COM>

May 11, 2011

Honorable Robert F. Bauer
Assistant to the President and White House Counsel
Old Executive Office Building
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

**FBI LETTER FOR PRESIDENT BARACK OBAMA'S PRIVACY ACT
CERTIFICATION OF IDENTITY WAIVER REGARDING FOIA REQUEST**

Dear Mr. Bauer,

I have filed a Freedom of Information Act (FOIA) request with the Federal Bureau of Investigation (FBI) for documents from their files on matters involving President Obama's birth, citizenship, renunciation of U.S.-Kenya Dual nationality in 1967 to become a naturalized Indonesian citizen, and ultimate repatriation to U.S. nationality.

The FBI has sent me the enclosed Certification of Identity, Department of Justice Form 361, with the enclosed letter instructing me that I must transmit the form for President Obama's signature and permission under the Privacy Act in order for the FBI to process my FOIA request.

It is my position in response to the FBI that President has already waived the Privacy Act provisions that might relate to the requested documents by virtue of his public status and prior FBI background checks to which he submitted as a presidential candidate. However, I nonetheless wish to comply with the FBI request and hereby transmit the DOJ Certification of Identity Form 361 for the President's completion and prompt return to me.

As the FBI has requested, I ask you to expedite and process this formality as White House General Counsel, and to have your staff return the completed form to me right away. Thank you.

Sincerely yours,

George Archibald

Enclosure:  Letter from David M. Hardy, Federal Bureau of Investigation, dated May 4, 2011, and enclosed Department of Justice Form 361, Certification of Identity, for completion by President Barack Hussein Obama II.

## GEORGE ARCHIBALD
### Johnson Williams Apartment No. 40
### 301 Josephine Street
### Berryville, Virginia 22611-1372

Telephone: 540-955-8039
Email: <g_archi@yahoo.com>

May 6, 2011

Honorable Robert F. Bauer
Assistant to the President and White House Counsel
Old Executive Office Building
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20510

### RE: OPEN LETTER TO PRESIDENT BARACK OBAMA REGARDING RENUNCIATION OF U.S.-KENYA DUAL NATIONALITY IN 1967 TO BECOME NATURALIZED INDONESIAN CITIZEN

Dear Mr. Bauer,

In your capacity as Assistant to the President and White House Counsel, I am enclosing for official receipt, appropriate management and handling, acknowledgement and ultimate full response to me as soon as possible my Open Letter to President Barack Obama Regarding Renunciation of U.S.-Kenya Dual Nationality in 1967 to Become Naturalized Indonesian Citizen.

This is not a criticism of the president or suggestion that the claims regarding his birth and citizenship are true, but simply this career journalist's effort to obtain his direct answers to the questions I have put before him, so that everyone with concerns about this issue can have a definite, well-stated, and complete answer from him once and for all.

I know from my experience running the late Arizona Congressman Eldon Rudd's office for several years on Capitol Hill that this is the very kind of issue that will continue to generate much attention and discussion, including many letters and inquiries to the President himself and to Members of Congress.

Therefore, I believe and hope that with my ability, credentials, and devotion to finding and reporting factual truth as a four-time Pulitzer Prize nominated investigative reporter for The Washington Times, who covered Congress and the federal government for 23 years, that President Obama will accept the respectful and cogent way that this is present herein and also will accept my inquiry as objective and neutral.

It is my request and hope, after due consideration, that you will honor my request for full, complete and prompt response as this request is attentive to the unfolding *Donofrio* case recently the subject of the U.S. Appeals Court decision in California.

Many thanks for your assistance in putting this letter and attachments into the proper channels for appropriate and full response to my request as stated herein. I can be reached at 540-955-8039 if you have any questions or immediate personal comment. I am most grateful for the President's consideration of this request, and hope it will be granted.

Sincerely yours,

*George Archibald*

George Archibald

Enclosures

"Open Letter to President Barack Obama Regarding Renunciation of U.S.-Kenya Dual Nationality in 1967 to Become Naturalized Indonesian Citizen" and 10 Attachments.

**GEORGE ARCHIBALD**
**JOHNSON WILLIAMS APARTMENT No. 40**
**301 JOSEPHINE STREET**
**BERRYVILLE, VIRGINIA 22611-1372**

TELEPHONE: 540-955-8039
EMAIL: G_ARCHI@YAHOO.COM

May 6, 2011

President Barack Hussein Obama II
The White House
1600 Pennsylvania Avenue
Washington, D.C. 20500

**OPEN LETTER TO PRESIDENT BARACK OBAMA REGARDING
RENUNCIATION OF U.S.-KENYA DUAL NATIONALITY IN 1967 TO BECOME
NATURALIZED INDONESIAN CITIZEN**

Dear President Obama,

You know that authenticity of the image of the State of Hawaii Certificate of Birth that you publicly released from the White House on April 27, 2011, and claimed to be yours, has come into serious question and is still doubted as authentic by many people.

On April 27, as part of my own reporting on this issue and deadline stories and writing then under way, I personally telephoned your White House Press Office staff to request factual assistance and answers to questions, but was rebuffed by your staff and instructed to "get back to us." I was given the understandable response that your staff was too busy responding to others simultaneously.

However, I was not alerted by your White House Press Office at the time that preparations were then under way for you to go before the nation to release the Adobe PDF electronic image of the State of Hawaii Certificate of Birth, File Number 151-61-10641, signed by your mother (Stanley) Ann Dunham Obama on August 7, 1961, Attendant David A. Smilan and the Local Registrar of Births on August 8, 1961, that would seem to validate your status as a "natural born" U.S. citizen who would qualify for eligibility to be President of the United States.

This oversight of your staff, perhaps deliberate, was unnecessary and unhelpful, to you as well as to me. I now, therefore, make a public request in this Open Letter for your help by answering the following substantial questions and, hopefully, resolving all questions and concerns on this matter, once and for all.

As a career news reporter and book author with credentialed Congressional and

Page Two

President Barack Hussein Obama II
The White House
Washington, D.C. 20510

May 6, 2011

White House experience over many years, I have faced stonewalling and cover-up by
many presidential administrations and politicians of all persuasions.  It doesn't work.

Particularly because of a widespread festering belief that you and the White House
staff under your control have not told the full unvarnished truth and provided complete
and honest facts, I ask you to do so now regarding two following important matters of
great consequence, for which I have an ongoing statutory Freedom of Information Act
request for additional document production being fulfilled by the Federal Bureau of
Investigation and other government agencies:

- The public claim of your own paternal step-grandmother Sarah Onyango
Obama, third wife of your paternal grandfather Habiba Akumu Obama, who publicly
stated in a globally televised interview that she witnessed your birth in Nyanza Province,
Kenya, West Africa, in August 1960 — contradicting your claim and purported
documentation that you were born on American territorial soil in Honolulu, Hawaii.

- The fact that your mother, Stanley Ann Dunham Soetoro, took you to live in
Indonesia in 1967, at age six, after she had divorced your father and married Indonesian
national Lolo Soetoro — where after arrival at Djakarta you both were temporarily refused
admission by Indonesian authorities, who balked at your dual U.S.-Kenya nationality.

Your mother responded upon requirement of the Djakarta government authorities
by having you legally adopted as a minor child by your Indonesian citizen stepfather Lolo
Soetoro; your adoptive name was changed to Barry Soetoro; your claim to U.S. nationality
was renounced; and you were legally naturalized as an Indonesian citizen.

I am appending a factual narrative regarding these two foregoing matters.

If you have you repudiated and disproved your step-grandmother Sarah's claim, I
ask you to publicly release appropriate narrative and details of your response and
refutation of her personal testimony, which otherwise is a family member's crucial
contrary personal first-hand account of your birth event that is contrary to your own and
should receive great weight from a blood relative loved one as both of your parents are
deceased.

Sarah Onyango Obama's account challenges the claim that you are or ever were a

Page Three

President Barack Hussein Obama II
The White House
Washington, D.C. 20510

May 6, 2011

"natural born" American citizen eligible to be President of the United States.  Please provide all documentation you might have that either verifies or factually repudiates Sarah Obama's account of your foreign birth in Kenya.

Similarly, please provide all documentation and response that either verifies or factually differs in any way the factual narrative herein regarding the matter of your move, residency and change of citizenship in Indonesia as a minor child with your mother and stepfather.

For in producing the State of Hawaii Certificate of Live Birth, some credible expert analysts have found it to contain factual inconsistencies and electoric digital image "layering" the prompted accusation that the image in the Adobe PDF file issued at your behest by the White House is fraudulent.

Your April 27 release and posting of the Adobe PDF file on the official White House Blog site at: <http://www.whitehouse.gov/search/site/birth%20certificate> has actually not strengthened public confidence but raised even more questions and doubts that foster more public cynicism.

I therefore reluctantly conclude, based on experience watching developing scandal stories unfold, that whatever doubts existed before about the legitimacy of the your presidency will continue and be exacerbated, especially because the birth certificate does not alter the facts of your expatriation as a U.S. citizen as a minor child and your having become, for whatever period of time, a naturalized citizen/resident of Indonesia.

I request full documented accounting if you gave up Indonesian citizenship as an adult at some point and became repatriated as a U.S. citizen through naturalization.

In this case, as you know, you could not have legally qualified as a "natural born" American citizen of the United States in 2008 in order to run as a presidential candidate and then take office as President of the United States following the election.

Yours sincerely,

George Archibald

Page Four

President Barack Hussein Obama II
The White House
Washington, D.C. 20510

May 6, 2011

## ATTACHMENTS

1.  Adobe PDF File (Barack Hussein Obama II, Certificate of Live Birth, State of
Hawaii, File No. 151-61-10641, Aug. 4, 1961, Registrar of Births Aug. 8, 1961).


2.  Birth Announcement, Honolulu Advertiser, Aug. 12, 1961 (JPEG)

3.  President Barack Obama, White House Briefing, April 27, 2011,
The White House Online, <http://www.whitehouse.gov/the-press-
office/2011/04/27/remarks-presidentThe White House>

4.  Barack Obama, Wikipedia, the free encyclopedia,
<http://en.wikipedia.org/wiki/Barack_Obama>

5.  Barack Obama, Wikipedia, the free encyclopedia, Notes,
<http://en.wikipedia.org/wiki/Barack_Obama>

6.  Family of Barack Obama, Wikipedia, the free encyclopedia,
<http://en.wikipedia.org/wiki/Family_of_Barack_Obama>

7.  Family of Barack Obama, Wikipedia, the free encyclopedia, Notes,
<http://en.wikipedia.org/wiki/Family_of_Barack_Obama>

8.  Stanley Ann Dunham, Wikipedia, the free encyclopedia,
<http://en.wikipedia.org/wiki/Ann_Dunham>

9.  The White House Web Site, <http://www.whitehouse.gov/>

10.  Forbes Magazine Online, April 27, 2011, Barack Obama's Birth Certificate
Released by the White House, <
http://blogs.forbes.com/markpasetsky/2011/04/27/barack-obamas-birth-
certificate-released-by-the-white-house/>

STATE OF HAWAII

# CERTIFICATE OF LIVE BIRTH

FILE NUMBER **151**

DEPARTMENT OF HEALTH
**61 10641**

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | August | 4, | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☒ No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085 Kalanianaole Highway | Yes ☒ No ☐ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ☐ No ☒ |

| 8. Full Name of Father | 9. Race of Father |
|---|---|
| BARACK HUSSEIN OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | 14. Race of Mother |
|---|---|
| STANLEY ANN DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| | 18a. Signature of Parent or Other Informant | | 18b. Date of Signature |
|---|---|---|---|
| I certify that the above stated information is true and correct to the best of my knowledge. | (Stanley) Ann Dunham Obama | Parent ☒ Other ☐ | 8-7-61 |
| I hereby certify that this child was born alive on the date and hour stated above. | 19a. Signature of Attendant — David A. Sinclair | M.D. ☒ D.O. ☐ Midwife ☐ Other ☐ | 19b. Date of Signature 8-8-61 |

| 20. Date Accepted by Local Reg. | 21. Signature of Local Registrar | 22. Date Accepted by Reg. General |
|---|---|---|
| AUG -8 1961 | U.K. Lee | AUG -8 1961 |

| 23. Evidence for Delayed Filing or Alteration |
|---|
| |

APR 25 2011

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH.

Alvin T. Onaka, Ph.D.

STATE REGISTRAR

91-939 Kalapu St., Ewa Beach, Ewa, daughter, Aug. 5.
Mr. and Mrs. Barack H. Obama, 6085 Kalanianaole Hwy., son, Aug. 4.
Mr. and Mrs. Norman Asing, 2135 Ani Aniku St., son, Aug. 4.
Mr. and Mrs. Andrew A. M.

<http://www.whitehouse.gov/the-press-office/2011/04/27/remarks-presidentThe White House>

# President Obama on His Birth Certificate & the Real Issues Facing America

## White House Briefing

Office of the Press Secretary

### Remarks by the President

**April 27, 2011**

## James S. Brady Press Briefing Room

9 48 A M  PDT

THE PRESIDENT  Hello, everybody  Now, let me just comment, first of all, on the fact that I can't get the networks to break in on all kinds of other discussions -- (laughter )  I was just back there listening to Chuck -- he was saying, it's amazing that he's not going to be talking about national security  I would not have the networks breaking in if I was talking about that, Chuck, and you know it

Q  Wrong channel   (Laughter )

THE PRESIDENT  As many of you have been briefed, we provided additional information today about the site of my birth  Now, this issue has been going on for two, two and a half years now  I think it started during the campaign  And I have to say that over the last two and a half years I have watched with bemusement, I've been puzzled at the degree to which this thing just kept on going  We've had every official in Hawaii, Democrat and Republican, every news outlet that has investigated this, confirm that, yes, in fact, I was born in Hawaii, August 4  1961, in Kapiolani Hospital

We've posted the certification that is given by the state of Hawaii on the Internet for everybody to see  People have provided affidavits that they, in fact, have seen this birth certificate  And yet this thing just keeps on going

Now, normally I would not comment on something like this, because obviously there's a lot of stuff swirling in the press on at any given day and I've got other things to do  But two weeks ago, when the Republican House had put forward a budget that will have huge consequences potentially to the country, and when I gave a speech about my budget and how I felt that we needed to invest in education and infrastructure and making sure that we had a strong safety net for our seniors even as we were closing the deficit, during that entire week the dominant news story wasn't about these huge, monumental choices that we're going to have to make as a nation  It was about my birth certificate  And that was true on most of the news outlets that were represented here

And so I just want to make a larger point here  We've got some enormous challenges out there  There are a lot of folks out there who are still looking for work  Everybody is still suffering under high gas prices  We're going to have to make a series of very difficult decisions about how we invest in our future but also get a hold of our deficit and our debt -- how do we do that in a balanced way

And this is going to generate huge and serious debates, important debates  And there are going to be some fierce disagreements -- and that's good  That's how democracy is supposed to work  And I am confident that the American people and America's political leaders can come together in a bipartisan way and solve these problems  We always have

But we're not going to be able to do it if we are distracted  We're not going to be able to do it if we spend time vilifying each other  We're not going to be able to do it if we just make stuff up and pretend that facts are not facts. We're not going to be able to solve our problems if we get distracted by sideshows and carnival barkers

We live in a serious time right now and we have the potential to deal with the issues that we confront in a way that will make our kids and our grandkids and our great grandkids proud   And I have every confidence that America in the 21st century is going to be able to come out on top just like we always have   But we're going to have to get serious to do it

I know that there's going to be a segment of people for which, no matter what we put out, this issue will not be put to rest   But I'm speaking to the vast majority of the American people, as well as to the press   We do not have time for this kind of silliness   We've got better stuff to do   I've got better stuff to do   We've got big problems to solve   And I'm confident we can solve them, but we're going to have to focus on them -- not on this

Thanks very much, everybody.

END 9 54 A M  EDT



EG 468322747 US

**EXPRESS** Customer Copy
Label 11-B, March 2004

UNITED STATES POSTAL SERVICE®  **Post Office To Addressee**

ORIGIN (POSTAL SERVICE USE ONLY)

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No

☐ **WAIVER OF SIGNATURE** *(Domestic Mail Only)*
**Additional merchandise insurance is void if customer requests waiver of signature.**
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ **NO DELIVERY**
☐ Weekend  ☐ Holiday

Mailer Signature

**ROM:** (PLEASE PRINT)  PHONE ( )

**TO:** (PLEASE PRINT)  PHONE ( )

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

≡**EMS**

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW

+

---

BERRYVILLE MAIN PO
BERRYVILLE, Virginia
226119998
5165430300 -0098
05/07/2011    (800)275-8777    12.11:11 PM

――――― Sales Receipt ―――――

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20515 | | | $16.55 |

Zone-1 Express Mail
PO-Add
1 lb. 2.90 oz.
 Label #: EG468322755US
 Mon 05/09/11 12:00 PM - Guaranteed
 Delivery
 Signature Requested
                                    ========
  Issue PVI·                          $16.55

Mail Pickup          Delivered
Label # 910160317354323757617
# of Mailpieces :    1
Mail Pickup Date:   05/07/2011  12:09 PM
WASHINGTON DC 20500              $16.55
Zone-1 Express Mail
PO-Add
 1 lb. 2.80 oz.
  Label #: EG468322747US
  Mon 05/09/11 12:00 PM - Guaranteed
  Delivery
  Signature Requested

### Track & Confirm

**You entered: EG468322747US**
**Status: Delivered**
**Your item was delivered at 4:11 am on May 17, 2011 in WASHINGTON, DC 20500. Additional information for this item is stored in files offline.**

Additional Information for this item is stored in files offline  You may request that the additional information be retrieved from the archives, and that we send you an e-mail when this retrieval is complete  Requests to retrieve additional information are generally processed within four hours. This information will remain online for 30 days

I would like to receive notification on this request

**Check Again**
**What's your label (or receipt) number?**

Go to full page version :

**GEORGE ARCHIBALD**
JOHNSON WILLIAMS APARTMENT NO. 40
301 JOSEPHINE STREET
BERRYVILLE, VIRGINIA 22611-1372

TELEPHONE: 540-955-8039
EMAIL: <G_ARCHI@YAHOO.COM>

May 13, 2011

EMERGENCY FREEDOM OF INFORMATION/PRIVACY
ACT (FOIPA) REQUEST NO. 1165733-000

Mr. David M. Hardy, Section Chief
Record/Information Dissemination Section (RIDS)
Records Management Division
Federal Bureau of Investigation
170 Marcel Drive
Winchester, VA 22602-4483

Attn: Work Process Unit

Dear Mr. Hardy,

        This is In further reference to my Freedom of Information/Privacy Act (FOIPA) Request
No. 1165733 dated April 15, 2011 that you received prior to May 4, 2011, for documents in
Federal Bureau of Investigation files and archives concerning matters involving the birth,
citizenship, residency, immigration, and expatriation/repatriation, and government-regulated
political activities and government service of Barack Hussein Obama II, also known as Barry
Soetoro, since his birth said to be August 4, 1961, in Honolulu, Hawaii, until the present time as
President Barack Hussein Obama II.

        With further regard to the Certification of Identity (Form DCJ-361) that you said must be
completed, signed and returned to me by President Obama before you will fulfill and complete
my request, I have now learned from FBI sources who know first-hand that the FBI conducted a
background investigation of candidate Barack Hussein Obama II in 2008, as a presidential
candidate, and perhaps an updated background check as President-elect on or about November-
December 2008.

        I have been told that these FBI investigations were conducted under your National Name
Check Program required by Executive Order 10450, "Security Requirements for Government
Employment," as amended by Executive Order 10550 of August 5, 1954, both issued by

>more on Page Two>

Page Two

<u>EMERGENCY FREEDOM OF INFORMATION/PRIVACY</u>
<u>ACT (FOIPA) REQUEST NO. 1165733-000</u>

Mr. David M. Hardy, Section Chief
Records/Information Dissemination Section (RIDS)
Records Management Division
Federal Bureau of Investigation

May 13, 2011

President Dwight D. Eisenhower and again amended in 1978 by President Gerald R. Ford.
Executive Order 10450 as amended has been in force without interruption for 56 years.

As noted In my prior response to your May 4 letter, I am perplexed that you have ignored
the fulfillment of this requirement that caused at least one full FBI background check of
candidate and President-elect Obama before he became President, and the fact that these records
exist in FBI files and are covered by the FOIA request that I submitted.

Because of your oversight, I formally note, as you should have known, that the foregoing
Obama background investigation files are part of my FOIA request, and again note that the prior
fulfillment of background investigation(s) of Mr. Obama by the FBI renders ludicrous your
requirement that I have Mr. Obama complete and sign Department of Justice Form 361,
Certification of Identity permission, prior to your processing of my FOIA request and producing
the requested documents and records.

You have wrongfully and unnecessarily stalled and blocked processing and fulfillment of
my FOIA request, which I am sure will not be tolerated by any court if these further delays cause
this matter needlessly to end up before a federal district court on appeal because you have denied
production of documents to which I am rightly entitled now, as we are beyond the statutory
deadline for your compliance.

Sincerely,

George Archibald

http://www.archives.gov/federalregister/codification/executiveorder/10450.html?template=print

www.archives.gov

## EXECUTIVE ORDER 10450*

## SECURITY REQUIREMENTS FOR GOVERNMENT EMPLOYMENT

WHEREAS the interests of the national security require that all persons privileged to be employed in the departments and agencies of the Government, shall be reliable, trustworthy, of good conduct and character, and of complete and unswerving loyalty to the United States; and

WHEREAS the American tradition that all persons should receive fair, impartial, and equitable treatment at the hands of the Government requires that all persons seeking the privilege of employment or privileged to be employed in the departments an agencies of the Government be adjudged by mutually consistent and no less than minimum standards and procedures among t departments and agencies governing the employment and retention in employment of persons in the Federal service:

NOW, THEREFORE, by virtue of the authority vested in me by the Constitution and statutes of the United States, including section 1753 of the Revised Statutes of the United States (5 U.S.C. 631); the Civil Service Act of 1883 (22 Stat. 403; 5 U.S.C. 632, et seq.); section 9A of the act of August 2, 1939, 53 Stat. 1148 (5 U.S.C. 118j); and the act of August 26, 1950, 64 Stat. 4 (5 U.S.C. 22-1, et seq.), and as President of the United States, and deeming such action necessary in the best interests of the national security, it is hereby ordered as follows:

Section 1. In addition to the departments and agencies specified in the said act of August 26, 1950, and Executive Order No. 10237 of April 26, 1951, the provisions of that act shall apply to all other departments and agencies of the Government.1

Sec. 2. The head of each department and agency of the Government shall be responsible for establishing and maintaining with his department or agency an effective program to insure that the employment and retention in employment of any civilian offi or employee within the department or agency is clearly consistent with the interests of the national security.

Sec. 3. (a) The appointment of each civilian officer or employee in any department or agency of the Government shall be mad subject to investigation. The scope of the investigation shall be determined in the first instance according to the degree of adve effect the occupant of the position sought to be filled could bring about, by virtue of the nature of the position, on the national security, but in no event shall the investigation include less than a national agency check (including a check of the fingerprint of the Federal Bureau of Investigation), and written inquiries to appropriate local law-enforcement agencies, former employer and supervisors, references, and schools attended by the person under investigation:

Provided, that upon request of the head of the department or agency concerned, the Office of Personnel Management may, in discretion, authorize such less investigation as may meet the requirements of the national security with respect to per-diem, intermittent, temporary, or seasonal employees, or aliens employed outside the United States. Should there develop at any stag investigation information indicating that the employment of any such person may not be clearly consistent with the interests o national security, there shall be conducted with respect to such person a full field investigation, or such less investigation as sh be sufficient to enable the head of the department or agency concerned to determine whether retention of such person is clearl consistent with the interests of the national security.

(b) The head of any department or agency shall designate, or cause to be designated, any position within his department or age the occupant of which could bring about, by virtue of the nature of the position, a material adverse effect on the national secur as a sensitive position. Any position so designated shall be filled or occupied only by a person with respect to whom a full fiel investigation has been conducted:

Provided, that a person occupying a sensitive position at the time it is designated as such may continue to occupy such positio pending the completion of a full field investigation, subject to the other provisions of this order: And provided further, that in

of emergency a sensitive position may be filled for a limited period by a person with respect to whom a full field pre-appointm investigation has not been completed if the head of the department or agency concerned finds that such action is necessary in t national interest, which finding shall be made a part of the records of such department or agency.

[Sec. 3 amended by EO 12107 of Dec. 28, 1978, 44 FR 1055, 3 CFR, 1978 Comp., p. 264]

Sec. 4. The head of each department and agency shall review, or cause to be reviewed, the cases of all civilian officers and employees with respect to whom there has been conducted a full field investigation under Executive Order No. 9835 of March 1947, and, after such further investigation as may be appropriate, shall re-adjudicate, or cause to be re-adjudicated, in accordar with the said act of August 26, 1950, such of those cases as have not been adjudicated under a security standard commensurate with that established under this order.

Sec. 5. Whenever there is developed or received by any department or agency information indicating that the retention in employment of any officer or employee of the Government may not be clearly consistent with the interests of the national security, such information shall be forwarded to the head of the employing department or agency or his representative, who, a such investigation as may be appropriate, shall review, or cause to be reviewed, and, where necessary, re-adjudicate, or cause be re-adjudicated, in accordance with the said act of August 26, 1950, the case of such officer or employee.

Sec. 6. Should there develop at any stage of investigation information indicating that the employment of any officer or employ of the Government may not be clearly consistent with the interests of the national security, the head of the department or agen concerned or his representative shall immediately suspend the employment of the person involved if he deems such suspensio necessary in the interests of the national security and, following such investigation and review as he deems necessary, the hea the department or agency concerned shall terminate the employment of such suspended officer or employee whenever he shal determine such termination necessary or advisable in the interests of the national security, in accordance with the said act of August 26, 1950.

Sec. 7. Any person whose employment is suspended or terminated under the authority granted to heads of departments and agencies by or in accordance with the said act of August 26, 1950, or pursuant to the said Executive Order No. 9835 or any oth security or loyalty program relating to officers or employees of the Government, shall not be reinstated or restored to duty or reemployed in the same department or agency and shall not be reemployed in any other department or agency, unless the head the department or agency concerned finds that such reinstatement, restoration, or reemployment is clearly consistent with the interests of the national security, which finding shall be made a part of the records of such department or agency:

Provided, that no person whose employment has been terminated under such authority thereafter may be employed by any oth department or agency except after a determination by the Office of Personnel Management that such person is eligible for suc employment.

[Sec. 7 amended by EO 12107 of Dec. 28, 1978, 44 FR 1055, 3 CFR, 1978 Comp., p. 264]

Sec. 8. (a) The investigations conducted pursuant to this order shall be designed to develop information as to whether the employment or retention in employment in the Federal service of the person being investigated is clearly consistent with the interests of the national security. Such information shall relate, but shall not be limited, to the following:

(1) Depending on the relation of the Government employment to the national security:

(i) Any behavior, activities, or associations which tend to show that the individual is not reliable or trustworthy.

(ii) Any deliberate misrepresentations, falsifications, or omissions of material facts.

(iii) Any criminal, infamous, dishonest, immoral, or notoriously disgraceful conduct, habitual use of intoxicants to excess, dru addiction, sexual perversion.

(iv) Any illness, including any mental condition, of a nature which in the opinion of competent medical authority may cause

significant defect in the judgment or reliability of the employee, with due regard to the transient or continuing effect of the illr and the medical findings in such case.

(v) Any facts which furnish reason to believe that the individual may be subjected to coercion, influence, or pressure which m cause him to act contrary to the best interests of the national security.

(2) Commission of any act of sabotage, espionage, treason, or sedition, or attempts thereat or preparation therefore, or conspir with, or aiding or abetting, another to commit or attempt to commit any act of sabotage, espionage, treason, or sedition.

(3) Establishing or continuing a sympathetic association with a saboteur, spy, traitor, seditionist, anarchist, or revolutionist, or with an espionage or other secret agent or representative of a foreign nation, or any representative of a foreign nation whose interests may be inimical to the interests of the United States, or with any person who advocates the use of force or violence to overthrow the government of the United States or the alteration of the form of government of the United States by unconstitutional means.

(4) Advocacy of use of force or violence to overthrow the government of the United States, or of the alteration of the form of government of the United States by unconstitutional means.

(5) Knowing membership with the specific intent of furthering the aims of, or adherence to and active participation in, any for or domestic organization, association, movement, group, or combination of persons (hereinafter referred to as organizations) which unlawfully advocates or practices the commission of acts of force or violence to prevent others from exercising their rig under the Constitution or laws of the United States or of any State, or which seeks to overthrow the Government of the United States or any State or subdivision thereof by unlawful means.

(6) Intentional, unauthorized disclosure to any person of security information, or of other information disclosure of which is prohibited by law, or willful violation or disregard of security regulations.

(7) Performing or attempting to perform his duties, or otherwise acting, so as to serve the interests of another government in preference to the interests of the United States.

(8) Refusal by the individual, upon the ground of constitutional privilege against self-incrimination, to testify before a congressional committee regarding charges of his alleged disloyalty or other misconduct.

(b) The investigation of persons entering or employed in the competitive service shall primarily be the responsibility of the Ol of Personnel Management, except in cases in which the head of a department or agency assumes that responsibility pursuant to law or by agreement with the Office. The Office shall furnish a full investigative report to the department or agency concerned

(c) The investigation of persons (including consultants, however employed), entering employment of, or employed by, the Government other than in the competitive service shall primarily be the responsibility of the employing department or agency Departments and agencies without investigative facilities may use the investigative facilities of the Office of Personnel Management, and other departments and agencies may use such facilities under agreement with the Office.

(d) There shall be referred promptly to the Federal Bureau of Investigation all investigations being conducted by any other agencies which develop information indicating that an individual may have been subjected to coercion, influence, or pressure act contrary to the interests of the national security, or information relating to any of the matters described in subdivisions (2) through (8) of subsection (a) of this section. In cases so referred to it, the Federal Bureau of Investigation shall make a full fiel investigation.

[Sec. 8 amended by EO 10491 of Oct. 13, 1953, 18 FR 6583, 3 CFR, 1949-1953 Comp., p. 973; EO 10531 of May 27, 1954, : FR 3069, 3 CFR, 1954-1958 Comp., p. 193; EO 10548 of Aug. 2, 1954, 19 FR 4871, 3 CFR, 1954-1958 Comp., p. 200; EO 11785 of June 4, 1974, 39 FR 20053, 3 CFR, 1971-1975 Comp., p. 874; EO 12107 of Dec. 28, 1978, 44 FR 1055, 3 CFR, 197 Comp., p. 264]

Sec. 9. (a) There shall be established and maintained in the Office of Personnel Management a security-investigations index covering all persons as to whom security investigations have been conducted by any department or agency of the Government

under this order.

The central index established and maintained by the Office under Executive Order No. 9835 of March 21, 1947, shall be made part of the security-investigations index. The security-investigations index shall contain the name of each person investigated, adequate identifying information concerning each such person, and a reference to each department and agency which has conducted an investigation concerning the person involved or has suspended or terminated the employment of such person under the authority granted to heads of departments and agencies by or in accordance with the said act of August 26, 1950.

(b) The heads of all departments and agencies shall furnish promptly to the Office of Personnel Management information appropriate for the establishment and maintenance of the security-investigations index.

(c) The reports and other investigative material and information developed by investigations conducted pursuant to any statute, order, or program described in section 7 of this order shall remain the property of the investigative agencies conducting the investigations, but may, subject to considerations of the national security, be retained by the department or agency concerned.

Such reports and other investigative material and information shall be maintained in confidence, and no access shall be given thereto except, with the consent of the investigative agency concerned, to other departments and agencies conducting security programs under the authority granted by or in accordance with the said act of August 26, 1950, as may be required for the efficient conduct of Government business.

[Sec. 9 amended by EO 12107 of Dec. 28, 1978, 44 FR 1055, 3 CFR, 1978 Comp., p. 264]

Sec. 10. Nothing in this order shall be construed as eliminating or modifying in any way the requirement for any investigation or any determination as to security which may be required by law.

Sec. 11. On and after the effective date of this order the Loyalty Review Board established by Executive Order No. 9835 of March 21, 1947, shall not accept agency findings for review, upon appeal or otherwise. Appeals pending before the Loyalty Review Board on such date shall be heard to final determination in accordance with the provisions of the said Executive Order No. 9835, as amended.

Agency determinations favorable to the officer or employee concerned pending before the Loyalty Review Board on such date shall be acted upon by such Board, and whenever the Board is not in agreement with such favorable determination the case shall be remanded to the department or agency concerned for determination in accordance with the standards and procedures established pursuant to this order.

Cases pending before the regional loyalty boards of the Office of Personnel Management on which hearings have not been initiated on such date shall be referred to the department or agency concerned. Cases being heard by regional loyalty boards on such date shall be heard to conclusion and the determination of the board shall be forwarded to the head of the department or agency concerned:

Provided, that if no specific department or agency is involved, the case shall be dismissed without prejudice to the applicant. Investigations pending in the Federal Bureau of Investigation or the Office of Personnel Management on such date shall be completed, and the reports thereon shall be made to the appropriate department or agency.

[Sec. 11 amended by EO 12107 of Dec. 28, 1978, 44 FR 1055, 3 CFR, 1978 Comp., p. 264]

Sec. 12. Executive Order No. 9835 of March 21, 1947, as amended, is hereby revoked.

[Sec. 12 amended by EO 11785 of June 4, 1974, 39 FR 20053, 3 CFR, 1971-1975 Comp., p. 874]

Sec. 13. The Attorney General is requested to render to the heads of departments and agencies such advice as may be requisite enable them to establish and maintain an appropriate employee-security program.

Sec. 14. (a) The Office of Personnel Management, with the continuing advice and collaboration of representatives of such departments and agencies as the National Security Council may designate, shall make a continuing study of the manner in whi this order is being implemented by the departments and agencies of the Government for the purpose of determining:

(1) Deficiencies in the department and agency security programs established under this order which are inconsistent with the interests of, or directly or indirectly weaken, the national security.

(2) Tendencies in such programs to deny to individual employees fair, impartial, and equitable treatment at the hands of the Government, or rights under the Constitution and laws of the United States or this order.

Information affecting any department or agency developed or received during the course of such continuing study shall be furnished immediately to the head of the department or agency concerned. The Office of Personnel Management shall report t the National Security Council, at least semiannually, on the results of such study, shall recommend means to correct any such deficiencies or tendencies, and shall inform the National Security Council immediately of any deficiency which is deemed to l of major importance.

(b) All departments and agencies of the Government are directed to cooperate with the Office of Personnel Management to facilitate the accomplishment of the responsibilities assigned to it by subsection (a) of this section.

(c) To assist the Office of Personnel Management in discharging its responsibilities under this order, the head of each departm and agency shall, as soon as possible and in no event later than ninety days after receipt of the final investigative report on a civilian officer or employee subject to a full field investigation under the provisions of this order, advise the Office as to the action taken with respect to such officer or employee.

The information furnished by the heads of departments and agencies pursuant to this section shall be included in the reports w the Office of Personnel Management is required to submit to the National Security Council in accordance with subsection (a) this section. Such reports shall set forth any deficiencies on the part of the heads of departments and agencies in taking timely action under this order, and shall mention specifically any instances of noncompliance with this subsection.

[Sec. 14 amended by EO 10550 of Aug. 5, 1954, 19 FR 4981, 3 CFR, 1954-1958 Comp., p. 200; EO 12107 of Dec. 28, 1978, FR 1055, 3 CFR, 1978 Comp., p. 264]

Sec. 15. This order shall become effective thirty days after the date hereof.

*****

1 Editorial note: In Cole v. Young, 76 S.Ct. 861 (1955), section 1 of Executive Order 10450 was held to be invalid if applied t every department and agency.

The U.S. National Archives and Records Administration ⊔8601 Adelphi Road, College Park, MD 20740-6001 • Telephone: 1 NARA-NARA or 1-866-272-6272

* Source: The provisions of Executive Order 10450 of Apr. 27, 1953, appear at 18 FR 2489, 3 CFR, 1949-1953 Comp., p. 93€ unless otherwise noted.

Printed on: Saturday, May 14, 2011

**ATTACHMENT 5**

**U.S. Department of Justice**

Office of Information Policy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

JUN 2 2 2011

Mr. George Archibald
Apartment 1
27 West Main Street
Berryville, VA  22611

　　　　Re:  Request No. 1165733 - Barack Hussein Obama/Specific Documents

Dear Mr. Archibald:

　　　　This is to advise you that your administrative appeal from the action of the Federal
Bureau of Investigation was received by this Office on June 15, 2011.

　　　　The Office of Information Policy has the responsibility of adjudicating such appeals.
In an attempt to afford each appellant equal and impartial treatment, we have adopted a general
practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned
number **AP-2011-02168**.  Please mention this number in any future correspondence to this Office
regarding this matter.

　　　　We will notify you of the decision on your appeal as soon as we can.  If you have any
questions about the status of your appeal you may contact me at the number above.

　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　Priscilla Jones
　　　　　　　　　　　　　Supervisory Administrative Specialist

**U.S. Department of Justice**     **ATTACHMENT 6**

Office of Information Policy

---

*Telephone: (202) 514-3642*               *Washington, D.C 20530*

Mr. George Archibald
Apartment 1                    Re:   Appeal No. AP-2011-02168
27 West Main Street                  Request No. 1165733
Berryville, VA  22611                SRO:MTC

Dear Mr. Archibald:

    You appealed from the action of the Federal Bureau of Investigation on your request for access to specific records pertaining to President Barack Obama, including records concerning his birth and citizenship status as well as his background investigation prior to assuming the presidency.

    The Freedom of Information Act provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities. After carefully considering your appeal, I am affirming the FBI's action on your request. To the extent that responsive records exist, without consent, proof of death, official acknowledgment of an investigation, or an overriding public interest, disclosure of law enforcement records concerning an individual could reasonably be expected to constitute an unwarranted invasion of personal privacy. See 5 U.S.C. § 552(b)(7)(C). Because any records responsive to your request would be categorically exempt from disclosure, the FBI properly asserted Exemption 7(C) and was not required to conduct a search for the requested records. See Lewis v. DOJ, 609 F. Supp. 2d 80, 84-85 (D.D.C. 2009) (upholding agency's refusal to conduct search for law enforcement records pertaining to named third party because such records are categorically exempt from disclosure in absence of overriding public interest), aff'd, No. 09-5225, 2010 U.S. App. LEXIS 7367 (D.C. Cir. Apr. 7, 2010).

    Subsequent to the FBI's receipt of your request, the White House released the long form birth certificate of President Obama. I am enclosing a copy of this document as a courtesy to you.

    Please be advised that this Office's decision was taken only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the actions of the FBI in response to your request.

-2-

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 301-837-1996; toll free at 1-877-684-6448; or facsimile at 301-837-0348.

Sincerely,

Janice Galli McLeod
Associate Director


Enclosure

**STATE OF HAWAII**

**CERTIFICATE OF LIVE BIRTH**

FILE NUMBER **151**

**DEPARTMENT OF HEALTH**
**61 10641**

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | | August | 4, | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | 6b. Island |
|---|---|
| Honolulu | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☒ No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085 Kalanianaole Highway | Yes ☒ No ☐ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ☐ No ☒ |

| 8. Full Name of Father | | | 9. Race of Father |
|---|---|---|---|
| BARACK | HUSSEIN | OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | | | 14. Race of Mother |
|---|---|---|---|
| STANLEY | ANN | DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| | | |
|---|---|---|
| I certify that the above stated information is true and correct to the best of my knowledge. | 18a. Signature of Parent or Other Informant ▶ *Ann Dunham Obama* | Parent ☒ Other ☐  18b. Date of Signature  8-7-61 |
| I hereby certify that this child was born alive on the date and hour stated above. | 19a. Signature of Attendant ▶ *David A. Sinclair* | M.D. ☒ D.O. ☐ Midwife ☐ Other ☐  19b. Date of Signature  8.8.61 |
| 20. Date Accepted by Local Reg.  AUG −8 1961 | 21. Signature of Local Registrar ▶ *U K Lee* | 22. Date Accepted by Reg. General  AUG −8 1961 |

| 23. Evidence for Delayed Filing or Alteration |
|---|

APR 25 2011

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH

*Alvin T. Onaka, Ph.D.*
STATE REGISTRAR