UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE H. ARCHIBALD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11-2028 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) |
| Defendants. | ) |

## ORDER

The plaintiff commenced this civil case by filing his Complaint on November 16, 2011. As of today's date, no summons has been issued and there is no record that service of process has been made on any of the defendants. Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Accordingly, it is hereby

**ORDERED** that the plaintiff shall serve the defendants within ten days of the entry of this Order. Failure to serve the defendants in accordance with Rule 4 will result in the Court dismissing this case.

**SO ORDERED** this 23rd day of May, 2012.

REGGIE B. WALTON
United States District Judge

1