## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE H. ARCHIBALD, | ) | |
| | ) | |
| Plaintiff, | ) | 1:11-cv-2028 (RBW) |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANTS' ANSWER

Defendants, the United States Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI"), hereby answer the complaint by George Archibald.

### Defendants' Responses to the Numbered Paragraphs

Answering the numbered paragraphs of Plaintiff's Complaint, Defendants respond as follows:

### JURISDICTION AND VENUE

1. This paragraph sets forth Plaintiff's assertion of jurisdiction and thus is a legal conclusion to which no response is required.

2. This paragraph sets forth Plaintiff's assertion of venue and thus is a legal conclusion to which no response is required.

**PARTIES**

3. This paragraph sets forth Plaintiff's characterization of himself and his occupation, about which Defendants lack sufficient knowledge and information to confirm or deny.

4. Admit.

5. Admit that FBI is a federal government agency named as a Defendant in this lawsuit. The remainder of the paragraph contains legal conclusions to which no response is required.

6. Admit that Robert F. Bauer served as White House Counsel and Assistant to the President during the time period referenced; otherwise, Defendants are without sufficient knowledge and information to confirm or deny.

**STATEMENT OF FACTS**

7. Admit that the FBI received Attachment 1. The remainder of Paragraph 7 consists of Plaintiff's characterizations of the contents of Attachment 1. As to these statements, the document speaks for itself and no response is required.

8. Admit that the first 2 pages of Attachment 2 constitute FBI's response to Plaintiff's FOIA request. The remainder of Paragraph 8 consists of Plaintiff's characterizations of the contents of those pages. As to these statements, the documents speak for themselves and no response is required.

9. Admit that Attachment 3 appears to be a letter from Plaintiff to Robert F. Bauer, a letter from Plaintiff to President Obama, three related enclosures, and delivery confirmation documents. To the extent that the remainder of Paragraph 9 consists of Plaintiff's

characterizations of the contents of those pages no response is required; otherwise, Defendants lack sufficient knowledge and information to confirm or deny.

10. Admit that the FBI received the latter two pages of Attachment 2 and also received Attachment 3. The remainder of Paragraph 10 consists of Plaintiff's characterizations of the contents of Attachments 2 and 3. As to these statements, the documents speak for themselves and no response is required.

11. As to the FBI, deny. As to Robert F. Bauer, Defendants lack sufficient knowledge to confirm or deny.

12. Admit that the FBI received Attachment 4. To the extent the remainder of paragraph 12 characterizes the document's contents, Attachment 4 speaks for itself and no further response is required; otherwise, Defendants are without sufficient information and knowledge to confirm or deny.

13. Admit.

14. Admit that Attachment 6 is a letter from Associate Director Janice Galli McLeod of the DOJ Office of Information Policy informing Plaintiff of the outcome of his appeal, and enclosing a copy of the long form birth certificate of President Obama that was released by the White House. Otherwise, deny.

15. Admit that Attachment 6 contains FBI's response to Plaintiff regarding his appeal. To the extent that paragraph 15 purports to quote or to characterize Attachment 6, the Court is respectfully referred to Attachment 6 for a full statement of its contents.

## ARGUMENTS

16-20. Paragraphs 16 and 20 contain Plaintiff's factual and legal arguments, to which no response is required. To the extent a response is required, deny.

The remainder of the complaint contains Plaintiff's prayer for relief, to which no response is required. To the extent a response is required, Defendants deny that Plaintiff is entitled to the relief requested or to any relief whatsoever.

THEREFORE, having fully answered, Defendants request that this action be dismissed with prejudice and that Defendants be given such other relief as the Court deems just and proper.

Dated: *June 28, 2012*          Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

  */s/ Eric J. Soskin*
ERIC J. SOSKIN (PA Bar 200663)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 353-0533
Fax: (202) 305-2685
Email: Eric.Soskin@usdoj.gov

Attorneys for Respondents