IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GEORGE H. ARCHIBALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | 1:11-CV-2028 (RBW) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| KATHRYN RUEMMLER, Counsel to the President | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
TO SET CASE FOR TRIAL**

On July 6, 2012, Plaintiff filed a document styled "Plaintiff's Response to Defendants' Answer and Motion to Set Case for Trial." (dkt. no. 7) ("Pl. Resp."). The "motion" portion of this filing requests that a schedule be set "for motions and . . . for trial." Id. at 3.

"FOIA cases are typically and appropriately decided on motions for summary judgment." Moore v. Bush, 601 F.2d 6, 12 (D.D.C. 2009). Defendants intend to seek summary judgment as to the entirety of Plaintiff's claims. Accordingly, it would be appropriate at this point to set a briefing schedule for summary judgment motions, but setting a trial schedule would be premature. Defendants suggest that the Court schedule motions for summary judgment to be filed on or before August 31, 2012, with responses due on or before September 21, 2012, and replies due on or before October 5, 2012. A proposed order is attached.

| | |
|---|---|
| Dated: July 20, 2012 | Respectfully submitted, |
| | STUART F. DELERY<br>Acting Assistant Attorney General |
| | JOSEPH H. HUNT<br>Director, Federal Programs Branch |
| | ELIZABETH J. SHAPIRO<br>Deputy Director |
| | __/s/ Eric J. Soskin_____<br>ERIC J. SOSKIN<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>20 Massachusetts Avenue, N.W. Room 5134<br>Washington, D.C.  20001<br>Tel:  (202) 353-0533<br>Fax:  (202) 616-8202<br>Eric.Soskin@usdoj.gov |
| | Counsel for Defendants |

## CERTIFICATE OF SERVICE

I certify that a copy of this filing has been served by Fed Ex on Plaintiff, George H. Archibald, on July 20, 2012, at the address below:

George H. Archibald
27 West Main Street
No.1
Berryville, VA 22611

                                                 /s/ Eric J. Soskin
                                                 ERIC J. SOSKIN
                                                     Trial Attorney