## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GEORGE H. ARCHIBALD )
27 West Main Street, No. 1 )
Berryville, VA 22611, )
              Plaintiff, )    Case No.:  1:11-cv-02028-RBW-FOIA/PA
v. )
 )
U.S. DEPARTMENT OF JUSTICE )
950 Pennsylvania Avenue, N.W. )
Washington, D.C. 20530-0001 )
 )
FEDERAL BUREAU OF )
INVESTIGATION )
J. Edgar Hoover Building )
935 Pennsylvania Avenue N.W. )
Washington, D.C.  20535-0001 )
 )
KATHRYN RUEMMLER, )
Counsel to the President )
 )
ROBERT F. BAUER )
607 14th Street, N.W. )
Washington, D.C. 20005-2003 )
           Defendants. )
 )

## MOTION TO DENY SUMMARY JUDGMENT

    COMES NOW THE PLAINTIFF George H. Archibald with his motion for the
Court to deny the Defendants' Motion for Summary Judgment, and states as follows:

    1.    Summary judgment is not available to the defendants because there is
genuine dispute between the parties regarding the Defendants' failure to produce a
Vaughn Index that lists all documents responsive to the plaintiff's initial Freedom of
Information Act request in April 2011 with any and all FOIA exemptions that might be
claimed to withhold or redact any responsive documents, as moved by the plaintiff's
Complaint filed on November 16, 2011.



-2-

2.      The defendants have not responded to, or controverted, plaintiff's claim that the government defendants must produce a Vaughn Index of withheld documents requested by the plaintiff, as has been standard practice since the case of <u>Vaughn v. Rosen</u>, 484 F 2d 820 (D.C. Cir. 1973).

WHEREFORE, plaintiff prays the Court forthwith to issue a Bench Order that rejects the defendants' motion for summary judgment.

Respectfully submitted,

_George de, Archibald_

GEORGE H. ARCHIBALD

George H. Archibald
Pro Se
27 West Main Street
Berryville, Virginia 22611
Telephone:  540-303-1477
Email:  <g_archi@yahoo.com>

FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September 2012, I mailed a true copy of the foregoing Motion to Deny Summary Judgment to Eric J. Soskin, counsel, U.S. Department of Justice, 20 Massachusetts Avenue, N.W., Room 5134, Washington, D.C. 20003.

_George de, Archibald_

GEORGE H. ARCHIBALD

9-7-16

**Elizabeth A Purvis**
Commonwealth of Virginia
Notary Public
Commission No. 294759
My Commission Expires 7/31/2016

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE H. ARCHIBALD<br>27 West Main Street, No. 1<br>Berryville, VA 22611,<br>　　　　　　Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001<br><br>FEDERAL BUREAU OF<br>INVESTIGATION<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue N.W.<br>Washington, D.C.  20535-0001<br><br>KATHRYN RUEMMLER,<br>Counsel to the President<br><br>ROBERT F. BAUER<br>607 14th Street, N.W.<br>Washington, D.C. 20005-2003<br>　　　　　　Defendants. | ）<br>）<br>）<br>）　Case No.: 1:11-cv-02028-RBW-FOIA/PA<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>） |

## [PROPOSED] ORDER

　　　　It is HEREBY ORDERED that Plaintiff's Motion to Deny Summary Judgment is GRANTED.


_____                    _____

DATE                                                REGGIE B. WALTON
                                                      UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GEORGE H. ARCHIBALD                )
27 West Main Street, No. 1              )
Berryville, VA 22611,                      )
               Plaintiff,          )     Case No.:  1:11-cv-02028-RBW-FOIA/PA
v.                                                      )
                                   )
U.S. DEPARTMENT OF JUSTICE  )
950 Pennsylvania Avenue, N.W.      )
Washington, D.C. 20530-0001          )
                                   )
FEDERAL BUREAU OF                    )
INVESTIGATION                             )
J. Edgar Hoover Building                  )
935 Pennsylvania Avenue N.W.        )
Washington, D.C.  20535-0001          )
                                   )
KATHRYN RUEMMLER,                  )
Counsel to the President                    )
                                   )
ROBERT F. BAUER                          )
607 14th Street, N.W.                        )
Washington, D.C. 20005-2003          )
               Defendants.       )
                                   )

## MOTION FOR SCHEDULING ORDER

       COMES NOW THE PLAINTIFF George H. Archibald and moves this Honorable

Court to place the above styled matter on the Civil Scheduling Docket on the next

suitable docketing day for the purpose of hearing motions and setting a trial date.

       GIVEN UNDER MY HAND, this 7th day of September, 2012.

                     Respectfully submitted,

                     *George H. Archibald*

                     GEORGE H. ARCHIBALD



Elizabeth A Purvis
Commonwealth of Virginia
Notary Public
Commission No. 294759
My Commission Expires 7/31/2016

-1-

      9-7-12

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September 2012, I mailed a true copy of the foregoing Motion for Scheduling Order to Eric J. Soskin, counsel, U.S. Department of Justice, 20 Massachusetts Avenue, N.W., Room 5134, Washington, D.C. 20003.

GEORGE H. ARCHIBALD

George H. Archibald
Pro Se
27 West Main Street
Berryville, Virginia 22611
Telephone: 540-303-1477
Email: <g_archi@yahoo.com>

FOR THE PLAINTIFF

9-7-12

Elizabeth A Purvis
Commonwealth of Virginia
Notary Public
Commission No. 294759
Commission Expires

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GEORGE H. ARCHIBALD       )
27 West Main Street, No. 1     )
Berryville, VA 22611,       )
             Plaintiff,   )    Case No.: 1:11-cv-02028-RBW-FOIA/PA
v.                    )
                       )
U.S. DEPARTMENT OF JUSTICE )
950 Pennsylvania Avenue, N.W.  )
Washington, D.C. 20530-0001    )
                       )
FEDERAL BUREAU OF       )
INVESTIGATION            )
J. Edgar Hoover Building      )
935 Pennsylvania Avenue N.W.   )
Washington, D.C. 20535-0001    )
                       )
KATHRYN RUEMMLER,     )
Counsel to the President       )
                       )
ROBERT F. BAUER        )
607 14th Street, N.W.        )
Washington, D.C. 20005-2003   )
           Defendants.  )
                       )

## [PROPOSED] ORDER

It is HEREBY ORDERED that the Clerk shall place this case on the Civil Scheduling Docket on the _____ day of _____, 2012, at _____ [A.M.] [P.M.] for the purpose of hearing motions and setting a date for trial.

_____

DATE

_____

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GEORGE H. ARCHIBALD    )
27 West Main Street, No. 1    )
Berryville, VA 22611,    )
            Plaintiff,    )    Case No.:  1:11-cv-02028-RBW-FOIA/PA
v.    )
    )
U.S. DEPARTMENT OF JUSTICE  )
950 Pennsylvania Avenue, N.W.    )
Washington, D.C. 20530-0001    )
    )
FEDERAL BUREAU OF    )
INVESTIGATION    )
J. Edgar Hoover Building    )
935 Pennsylvania Avenue N.W.    )
Washington, D.C. 20535-0001    )
    )
KATHRYN RUEMMLER,    )
Counsel to the President    )
    )
ROBERT F. BAUER    )
607 14th Street, N.W.    )
Washington, D.C. 20005-2003    )
            Defendants.    )
    )

## MOTION FOR ORDER THAT DEFENDANTS
## PRODUCE VAUGHN INDEX

COMES NOW THE PLAINTIFF George H. Archibald with his request for the Court to issue a Bench Order for the Defendants to produce forthwith a complete Vaughn Index that lists all documents responsive to the plaintiff's Freedom of Information Act request in April 2011, with any and all FOIA exemptions claimed to withhold or redact any responsive documents, as moved by the plaintiff's Complaint filed on November 16, 2011.

-1-


RECEIVED
Mail Room

SEP 1 0 2012

1

-2-

Plaintiff moves that the government defendants be Ordered to produce a complete Vaughn Index of withheld documents requested by the plaintiff within 14 days, according to the standard practice in FOIA cases since the case of <u>Vaughn v. Rosen</u>, 484 F 2d 820 (D.C. Cir. 1973).

Respectfully submitted,

GEORGE H. ARCHIBALD

George H. Archibald
Pro Se
27 West Main Street
Berryville, Virginia 22611
Telephone:  540-303-1477
Email:  <g_archi@yahoo.com>

FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September 2012, I mailed a true copy of the foregoing Motion for Order that Defendants Produce Vaughn Index to Eric J. Soskin, counsel, U.S. Department of Justice, 20 Massachusetts Avenue, N.W., Room 5134, Washington, D.C. 20003.

GEORGE H. ARCHIBALD

9-7-12



Elizabeth A Purvis
Commonwealth of Virginia
Notary Public
Commission No 294759
My Commission Expires 7/31/2016

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GEORGE H. ARCHIBALD            )
27 West Main Street, No. 1     )
Berryville, VA 22611,          )
          Plaintiff,    )    Case No.: 1:11-cv-02028-RBW-FOIA/PA
v.                             )
                             )
U.S. DEPARTMENT OF JUSTICE     )
950 Pennsylvania Avenue, N.W.  )
Washington, D.C. 20530-0001    )
                             )
FEDERAL BUREAU OF              )
INVESTIGATION                  )
J. Edgar Hoover Building       )
935 Pennsylvania Avenue N.W.   )
Washington, D.C.  20535-0001   )
                             )
KATHRYN RUEMMLER,              )
Counsel to the President       )
                             )
ROBERT F. BAUER                )
607 14th Street, N.W.          )
Washington, D.C. 20005-2003    )
          Defendants.   )
                             )

## [PROPOSED] ORDER

It is HEREBY ORDERED that Plaintiff's Motion for Defendants to produce forthwith a complete Vaughn Index that lists all documents responsive to Plaintiff's Freedom of Information Act request in April 2011 is GRANTED, and said listing of responsive documents with any and all proposed FOIA exemptions and redactions shall be produced to the Court and to the Plaintiff within 14 days of the date of this ORDER.

_____

DATE

_____

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE